[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13264

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 18, 2011
JOHN LEY
CLERK

D. C. Docket No. 4:09-cv-00101-HLM

C.C.,
LISA COLEMAN,
As Natural Parent and Legal Guardian for C.C.,

Plaintiffs-Appellants,

versus

BARTOW COUNTY SCHOOL DISTRICT,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 18, 2011)

Before DUBINA, Chief Judge, EDMONDSON and WILSON, Circuit Judges.

PER CURIAM:

Appellants/Plaintiffs C.C. and his mother Lisa Coleman appeal the district court's grant of summary judgment for Appellee/Defendant Bartow County School District on their Title IX claims of sexual discrimination.  The Plaintiffs contend that they have put on sufficient evidence to create genuine issues of material fact for all elements of their Title IX claim.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that the district court correctly held that the Plaintiffs failed to create a genuine issue of material fact whether C.C. suffered discrimination "so severe, pervasive, and objectively offensive that it effectively bar[red his] access to an educational opportunity or benefit." *Davis Next Friend LaShonda D. v. Monroe County Bd. Of Educ.*, 526 U.S. 629, 650 119 S. Ct. 1661, 1675 (1999).  Therefore, we affirm the district court's grant of summary judgment in favor of the Defendants.

**AFFIRMED.**